Oliver Williams, Respondent, v. Van Norden Trust Company, as Assignee, etc., of James Clarke and Hudson Clarke, Appellant, Impleaded with James Clarke and Hudson Clarke.— Appeal from an order granting a motion for a discontinuance on terms.

Per Curiam: The order appealed from should be modified by permitting the plaintiff to discontinue on payment to the defendant of the costs and disbursements of the former appeal herein (104 App. Div. 251), the disbursements in the action, and ten dollars costs and disbursements of this appeal. As so modified the order should be affirmed. Present — O'Brien, P. J., Patterson, Ingraham, Laughlin and Clarke, J. Order modified as directed in opinion, and as modified affirmed. Settle order on notice.

James A. Jewell, Respondent, v. Caroline L. Jewell, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Amos W. Wright and Others, as Executors, etc., of Mary W. Wright, Deceased, Respondents, v. Frederick W. Wright and Others, Appellants, Impleaded with Charlotte C. Turner and Others.— Judgment affirmed, with costs. No opinion. Order filed.

Lloyd B. Haworth,· Respondent, v. The Engineer Company,. Appellant, Impleaded with John J. Crowley.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Patterson and Ingraham, JJ., dissenting.) Order filed.

Harry P. Whitaker, Respondent, v. Jenny K. Stafford, Appellant.— Judgment affirmed, with costs. No opinion. Order filed.

The People of the State of New York ex rel. Nellie C. Beatty v. Herbert T. Beatty.— Motion denied, with leave to appellant to apply in the court below to open default. Order filed.

Martha G. Woolworth v. Herbert G. Woolworth.— Motion denied. Order filed.

In the Matter of Walter W. Bostwick.— Motion denied. Order filed.

Thomas K. Foster v. George W. Kemp and Others.— Motion granted, with ten dollars costs. Order filed.

Louis A. Riesgo v. James F. A. Clark and Others. Motion denied. Order filed.

In the Matter of Susan R. Brooks.— Motion denied. Order filed.

Michael Lakner and Another v. D. J. McCauley Company.— Motion granted, with ten dollars costs. Order filed.

David B. Luckey v. Grace A. Mockridge.— Motion denied, with ten dollars costs. Order filed.

David B. Luckey v. Grace A. Mockridge. —Motion denied. Order filed.

· Paul Weizinger v. Erie Railroad Company.— Motion denied, with ten dollars costs. Order filed.

Dene Torgesen v. Carl H. Schultz.— Motion granted. Order filed.

The Reporters' Association v. Sun Printing and Publishing Association.— Motion granted; question certified as stated in order. Order filed.

Julian Benedict v. Louis Pincus and Another.— Motion granted. Order filed.

Charles A. Peabody and Others v. Long Acre Square Building Company.— Motion granted. Order filed.

Frank E. Gore v. Clare G. Glover.— Motion denied, with ten dollars costs. Order signed.

Louis Rubinstein v. Samuel Rosenthal.— Motion denied, with ten dollars costs. Order signed.

Ferdinand de Luca v. Archer Manufacturing Company.— Motion granted. Order signed.

Fishel Koeppel v. Mendel Koeppel.— Motion denied, with ten dollars costs. Order signed.

William J. Redmund v. Frederick W. Hearn.— Motion denied, with ten dollars costs. Order signed.

Charles Hofferberth v. George Nash.— Motion granted. Order signed.

In the Matter of Sibbel D. Bullard.— Motion denied. Order filed.

Mishkind-Feinberg Realty Company v. Louis Sidorsky.— Motion denied, with ten dollars costs. Memorandum per curiam. Settle order on notice.

In the Matter of Caleb A. Burgess.— Application denied. Settle order on notice.

In the Matter of William J. Meagher.— Application denied. Settle order on notice.